UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD COLE BURCHETT,

    Petitioner,

    v.

DOUG WADDINGTON,

    Respondent.

Case No. C05-1430RSL

ORDER TO SHOW CAUSE

    On June 7, 2006, the Honorable Monica J. Benton, United States Magistrate Judge, issued her Report and Recommendation in the above-captioned matter. The Report and Recommendation was mailed to petitioner, but was returned unopened on June 15, 2006, as petitioner apparently no longer resides at the address on file with the Court.

    The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for August 25, 2006. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Rule 41(b)(2).

ORDER TO SHOW CAUSE - 1

1       The Clerk of the Court is further directed to send copies of this order to the
2 parties and to Magistrate Judge Benton.

4       DATED this 21st day of June, 2006.

                                          */s/ Robert S. Lasnik*
                                          Robert S. Lasnik
                                          United States District Judge

ORDER TO SHOW CAUSE - 2